[No. 64374-6-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE PHILLIP KARLOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13401-2, Jim Rogers, J., entered October 26, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Appelwick, JJ.

[No. 64814-4-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON THOMAS BRIDGES, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00363-0, Vickie I. Churchill, J., entered January 11, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 64938-8-I.   Division One.   September 12, 2011.]

CRUISE LOGISTICS, LLC, ET AL., *Appellants*, v. TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16417-9, Julie A. Spector, J., entered January 11, 2010. *Reversed in part* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Appelwick, JJ.

[No. 64969-8-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SCOTT INGRAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05756-3, Cheryl B. Carey, J., entered February 17, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Lau, JJ.